**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
U.S. SPECIALTY INSURANCE COMPANY,

                Plaintiff,                  19 **CIVIL** 4260 (MKV)

       -against-

WESCO INSURANCE COMPANY,

                Defendant.
-----------------------------------------------------------X
WESCO INSURANCE COMPANY,

              Third-Party Plaintiff,      19 **CIVIL** 4260 (MKV)

       -against-

COLONY INSURANCE COMPANY,

              Third-Party Defendant.
-----------------------------------------------------------X
WESCO INSURANCE COMPANY,

                Plaintiff,

       -against-                          19 **CIVIL** 3295 (MKV)
                                                          **JUDGMENT**

COLONY INSURANCE COMPANY,

                Defendant.
-----------------------------------------------------------X

        It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 29, 2021, the motions for summary judgment of both USSIC [ECF #45] and Wesco [ECF #44] are GRANTED; accordingly, cases 19-cv-4260 and 19-cv-3295 are closed.

**Dated:**  New York, New York
           March 29, 2021

                                                                      **RUBY J. KRAJICK**
                                                                       **Clerk of Court**
                                        **BY:**    *K. Mango*
                                                                        **Deputy Clerk**